# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| YI LIN ZHENG,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 2:25-cv-00573-GMN-MDC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 20), of United States Magistrate Judge Maximiliano D. Couvillier, III.  The R&R recommends that Defendant's Motion to Dismiss, (ECF No. 8), be GRANTED, and that Plaintiff's second, third, fourth, and fifth claims be DISMISSED without prejudice. (R&R 7:3–4, ECF No. 20).  The R&R further recommends that Plaintiff be granted until January 12, 2026, to either file a stipulation to amend her complaint or a motion for leave to amend her complaint, together with a copy of the proposed amendment. (*Id.* 7:5–7).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S.

140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* ECF No. 20) (setting a December 31, 2025, deadline for objections). The Court thus adopts the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 20), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (ECF No. 8), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's second, third, fourth, and fifth claims are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff must file, no later than January 12, 2026, either a stipulation to amend her complaint or a motion for leave to amend her complaint, together with a copy of the proposed amendment.

**DATED** this ___7___ day of January, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court