JUSTIN G. SCHMIDT, ESQ.
Nevada Bar No. 10982
**VAN LAW FIRM**
1290 S Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
justinschmidt@vanlawfirm.com
*Attorney for Plaintiff*

1290 S. Jones Boulevard., Las Vegas, NV 89146
Phone: (725) 900-9000 Fax: (702) 800-4662
Email: info@vanlawfirm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YI LIN ZHENG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a Domestic Corporation; DOE EMPLOYEES I-V; ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO. 2:25-cv-00573-GMN-MDC<br><br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs YI LIN ZHENG (hereinafter "Plaintiffs"), by and through her counsel of record, JUSTIN G. SCHMIDT, Esq. of VAN LAW FIRM, and Defendant THE STANDARD FIRE INSURANCE COMPANY (hereinafter "Defendant"), by and through their counsel of record, SHERI M. THOME, Esq., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as follows:

**WHEREAS** Plaintiff seeks to file a First Amended Complaint, which seeks to remove her third, fourth, and fifth causes of action and amend her second cause of action

**WHEREAS** said Amended Complaint relates back to the date of filing of the original Complaint.

**WHEREAS** Plaintiff seeks to file First Amended Complaint, which is attached as **"Exhibit 1"** to this stipulation.

1

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendant, by and through their respective counsel, that:

1.    Plaintiff should be granted leave to amend to file her First Amended Complaint, a true and correct copy of which is attached hereto as "**EXHIBIT 1**".

2.    Defendant's responsive pleading to the First Amended Complaint shall be due thirty days after the First Amended Complaint is filed.

DATED this 12th day of January, 2026.    DATED this 12th day of January, 2026.

**WILSON, ELSER, MOSKOWITZ,    VAN LAW FIRM**
**EDELMAN & DICKER LLP**


*/s/ Sheri M. Thome*                      */s/ JUSTIN G. SCHMIDT*
SHERI M. THOME, ESQ.              JUSTIN G. SCHMIDT, ESQ.
Nevada Bar No. 008657              Nevada Bar No. 10982
6689 Las Vegas Blvd. South, Suite 200    1290 S. Jones Boulevard
Las Vegas, Nevada 89119            Las Vegas, NV 89146
Phone: (702) 727-1400              (725) 900-9000 Telephone
Fax: (702) 727-1401                (702) 800-4662 Facsimile
Sheri.Thome@wilsonelser.com        justinschmidt@vanlawfirm.com
*Attorney for Defendant*            *Attorney for Plaintiff*

## ORDER

Upon stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Plaintiff shall be granted to amend the Complaint filed in this matter on March 21, 2025, and file her Amended Complaint to remove her third, fourth, and fifth causes of action and amend her second cause of action

**IT IS FURTHER ORDERED** that Defendant's responsive pleading shall be due thirty days after the Amended Complaint is filed.

IT IS FURTHER ORDERED that plaintiff shall file and serve her Amended Complaint by January 22, 2026.

Prepared and submitted by,
**VAN LAW FIRM**

_/s/ JUSTIN G. SCHMIDT_
JUSTIN G. SCHMIDT, ESQ.
Nevada Bar No. 10982
1290 S. Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
justinschmidt@vanlawfirm.com
_Attorney for Plaintiff_

**United States Magistrate Judge**
**UNITED STATES DISTRICT COURT**

1-15-26

1290 S. Jones Boulevard., Las Vegas, NV 89146
Phone: (725) 900-9000 Fax: (702) 800-4662
Email: info@vanlawfirm.com

VAN LAW FIRM

3