Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendant*
*The Standard Fire Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YI LIN ZHENG, an individual, | Case No.  2:25-cv-00573-GMN-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| THE STANDARD FIRE INSURANCE COMPANY, a Domestic Corporation; DOE EMPLOYEES I-V; ROE CORPORATIONS I-V, | |
| Defendants. | |

Plaintiff Yi Lin Zheng ("Plaintiff") and Defendant The Standard Fire Insurance Company ("Standard"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Discovery Deadlines in accordance with LR 26-3 and LR IA 6-1.

This is the first request to extend the deadlines in the scheduling order (ECF No. 17) and counsel submits that the request is brought in good faith, supported by good cause in compliance with LR 26-3, addresses whether excusable neglect exists, and is not intended to cause delay.

**A.     DISCOVERY COMPLETED TO DATE (LR 26-3(a))**

1.     The Rule 26(f) conference was held on September 5, 2025.

2.     Plaintiff served her initial disclosures on October 14, 2025.

3.     On November 24, 2025, Plaintiff served her first set of requests for admissions, interrogatories, and requests for production of documents to Standard.

4. Standard served its initial disclosures on January 12, 2026 along with its responses to Plaintiff's first set of requests for admissions, interrogatories, and requests for production of documents.

5. On February 4, 2026, Standard served its first supplemental disclosures and first set of requests for admission, production of documents, and admissions to Plaintiff. Responses are due, by extension, on April 10, 2026.

6. Plaintiff served her initial and first supplemental designation of expert witnesses on February 4, 2026.

7. On March 2, 2026, Standard served its initial and rebuttal designation of expert witnesses.

8. On March 10, 2026, Plaintiff served a Notice Of Taking The Deposition Of Person(s) Most Knowledgeable For Defendant The Standard Fire Insurance Company Via Zoom.

9. On March 11, 2026, Standard served objections to Plaintiff's Notice Of Taking The Deposition Of Person(s) Most Knowledgeable For Defendant The Standard Fire Insurance Company Via Zoom.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

The parties anticipate completing the following discovery:

1. Plaintiff's responses to Standard's first set of written discovery are currently due on April 10, 2026.

2. Plaintiff's rebuttal expert disclosures are due on April 1, 2026.

3. Production of one set of medical records (or a confirmation that none exist) from UMC, for which the parties have been waiting for four months.

4. Deposition of Plaintiff;

5. Depositions of Defendant; and

6. Depositions of any experts or treaters.

**C. REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST (LR 26-3(c))**

The parties have been diligently working toward settlement, and this extension is intended

to complete that process before spending the time and money to take the remaining depositions in the case.  The parties originally began their resolution efforts in October of 2025 with a mediation.  At that mediation, Plaintiff provided authorizations needed to obtain medical records.  The process of obtaining the records has been completed, except for one provider, who has consistently found reasons not to provide either the records or a certification that no records exist.  The parties have cooperated in attempting to provide the provider what it needs to respond, which has taken months and at least 4 attempts.   Meanwhile, settlement discussions are ongoing, and discovery is proceeding. The parties believe they will only need this one extension to either resolve or complete discovery and be ready for dispositive motions and/or preparation of a pretrial order.

**D.    PROPOSED DISCOVERY SCHEDULE (LR 26-3(d))**

The parties request that the current deadlines in the scheduling order (ECF No. 17) be extended as follows:

| Description | Current Deadline | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off | May 1, 2026 | **July 1, 2026** |
| Deadline to Amend Pleadings and Add Parties | January 30, 2026 | **N/A** |
| Plaintiff Initial Expert Disclosure Deadline | January 30, 2026 | **N/A** |
| Defendant's Initial And Rebuttal Expert Disclosure Deadline | March 2, 2026 | **N/A** |
| Plaintiff's Rebuttal Expert Disclosure Deadline | April 1, 2026 | **N/A** |
| Dispositive Motion Deadline | May 30, 2026 | **August 3, 2026** |
| Pretrial Order | June 29, 2026 | **September 3, 2026** (this deadline is stayed if a dispositive motion is timely filed until thirty (30) days after the ruling on the dispositive motion or until further order of the Court.) |

///

///

///

///

3

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2026.

DATED this 23rd day of March, 2026.

VAN LAW FIRM

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Justin G. Schmidt*
     Justin G. Schmidt, Esq.
     Nevada Bar No. 010982
     1290 S. Jones Blvd.
     Las Vegas, NV 89146
     justinschmidt@vanlawfirm.com
     *Attorneys for Plaintiff*

By:   */s/ Sheri M. Thome*
     Sheri M. Thome, Esq.
     Nevada Bar No. 008657
     Jason R. Wigg, Esq.
     Nevada Bar No. 007953
     6689 Las Vegas Blvd. South, Suite 200
     Las Vegas, Nevada 89119
     Sheri.Thome@wilsonelser.com
     Jason.Wigg@wilsonelser.com
     *Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED that the following deadlines shall be extended as follows:

| Description | Deadline |
|---|---|
| Discovery Cut-Off | July 1, 2026 |
| Deadline to Amend Pleadings and Add Parties | N/A |
| Plaintiff Initial Expert Disclosure Deadline | N/A |
| Defendant's Initial And Rebuttal Expert Disclosure Deadline | N/A |
| Plaintiff's Rebuttal Expert Disclosure Deadline | N/A |
| Dispositive Motion Deadline | August 3, 2026 |
| Pretrial Order | September 3, 2026 (this deadline is stayed if a dispositive motion is timely filed until thirty (30) days after the ruling on the dispositive motion or until further order of the Court.) |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-26-26