Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendant*
*The Standard Fire Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YI LIN ZHENG, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a Domestic Corporation; DOE EMPLOYEES I-V; ROE CORPORATIONS I-V,<br><br>                    Defendants. | Case No.  2:25-cv-00573-GMN-MDC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Yi Lin Zheng and Defendant The Standard Fire Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action.  FRCP 41(a)(1)(ii).

///

///

///

///

///

///

///

*Yi Lin Zheng v. The Standard Fire Insurance Company*
*Case No. 2:25-cv-00573-GMN-MDC*

**IT IS SO STIPULATED.**

DATED this 10th day of June, 2026.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:  */s/ Sheri M. Thome*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Jason R. Wigg, Esq.
    Nevada Bar No. 007953
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Sheri.Thome@wilsonelser.com
    Jason.Wigg@wilsonelser.com
    *Attorneys for Defendant*
    *The Standard Fire Insurance Company*

DATED this 10th day of June, 2026.

VAN LAW FIRM

By:  */s/ Justin G. Schmidt*
    Justin G. Schmidt, Esq.
    Nevada Bar No. 010982
    1290 S. Jones Blvd.
    Las Vegas, NV 89146
    Telephone: 725-900-9000
    Facsimile:  702-800-4662
    justinschmidt@vanlawfirm.com
    *Attorneys for Plaintiff*
    *Yi Lin Zheng*

## ORDER

Upon stipulation of the parties and for good cause shown, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2